# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 18, 2026

*Before*
FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 26-8018 | IN RE:<br>MARKWAYNE MULLIN, et al.,<br>Petitioners |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15483<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND FOR A STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL**, filed on August 17, 2026, by counsel for the petitioners,

**IT IS ORDERED** that respondents shall file a response to the petition by August 24, 2026.